**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 30, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00220-CV

---

### IN RE ROBERT EDWARD BATTAILE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**459th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-25-000719**

---

## MEMORANDUM OPINION

Relator Robert Edward Battaile has filed a petition in this Court seeking writs of mandamus against various officials with the City of Manor, including the mayor, secretary, and city manager, along with the chair of the City's Charter Review Commission. *See* Tex. R. App. P. 52.10. Specifically, Battaile seeks to compel the respondents to comply with the Texas Open Meetings Act (TOMA).

*See* Tex. Gov't Code § 551.142 (authorizing actions by mandamus or injunction "to stop, prevent, or reverse a violation or threatened violation" of TOMA).

Each court of appeals, including this Court, has authority to issue writs of mandamus "against a judge of district, statutory county, statutory probate county, or county court in the court of appeals district."[1] *Id.* § 22.221(b) In addition, each court of appeals may issue writs of mandamus "and all other writs necessary to enforce the jurisdiction of the court." *Id.* § 22.221(a). Here, Battaile has not shown that the mandamus relief requested is necessary to enforce the jurisdiction of this Court, and we are not authorized to issue writs of mandamus against the city officials. Consequently, we lack jurisdiction to issue the writs of mandamus requested by Battaile.

We dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] In addition, the original jurisdiction of this Court to issue writs "is limited to writs arising out of matters over which the court has exclusive intermediate appellate jurisdiction under Section 22.220(d) [of the Texas Government Code]." Tex. Gov't Code § 22.221(c-1).

2